IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON MAXWELL,

      Petitioner,                      No. CIV S-09-3183 KJM P

   vs.

JAMES WALKER,

      Respondent.                  ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges the execution of his sentence. He is confined in San Diego County which lies within the jurisdiction of the United States District Court for the Southern District of California. When a prisoner challenges the execution of his sentence, the preferable venue is the court with jurisdiction over the place where the prisoner is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

/////

/////

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Southern District of California. <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484, 499 n.15 (1973); 28 U.S.C. § 2241(d).

DATED: November 23, 2009.

_____
U.S. MAGISTRATE JUDGE

1
maxw3183.109